
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/27/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | * CRIMINAL NO. 03-20090-003 |
|---|---|
| VERSUS | * JUDGE HAIK |
| JAMES WIMBERLY, SR. | * MAGISTRATE JUDGE HILL |

## ORDER

Considering the Motion to Dismiss Count 1 of the Superseding Indictment filed by the government,

IT IS HEREBY ORDERED AND ADJUDGED that Count 1 of the Superseding Indictment is hereby DISMISSED, without prejudice.

DONE AND SIGNED this 27th day of April 2006 at Lafayette, Louisiana.

RICHARD T. HAIK
Chief, United States District Judge